# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **LARRY H. LONGFELLOW,** Defendant, **VETERANS OF FOREING WARS,** Garnishee. | **CR 13-11-H-BMM** **ORDER** |

Based upon the Final Accounting Upon Termination of Garnishment filed by the United States (Doc. 45), advising the Court that the restitution debt had been paid in full and the garnishment had been terminated, IT IS HEREBY ORDERED that the restitution judgment has been satisfied and the matter is now closed.

DATED this 7th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1